### STATE v. HASSETT.

No. 75-664-MM.

County Court, Palm Beach County.

May 22, 1975.

David Bludworth, State Attorney, Barry Kriesher, Assistant State Attorney, for the state.

Richard R. Seppala of Richey & Pollock, Deerfield Beach, for the defendant.

EDWARD RODGERS, Judge.

*Judgment of the court, delivered orally:* The case is dismissed, and the defendant discharged.